# Exhibit A

| | Dispute | Awarded Total* | Decision Date | Total Payments* | Unpaid Balance Due as of December 16, 2024* |
|---|---|---|---|---|---|
| 1 | DISP-20082 | $1,320 | 9/13/2022 | $1,294 | $26 |
| 2 | DISP-20082 | $660 | 9/13/2022 | $546 | $114 |
| 3 | DISP-31867 | $100 | 10/19/2022 | $33 | $67 |
| 4 | DISP-93751 | $1,752 | 12/5/2022 | $1,377 | $375 |
| 5 | DISP-214546 | $1,570 | 6/1/2023 | $518 | $1,051 |
| 6 | DISP-22747 | $338 | 6/16/2023 | $207 | $131 |
| 7 | DISP-228751 | $614 | 6/21/2023 | $322 | $292 |
| 8 | DISP-404453 | $3,274 | 7/26/2023 | $3,107 | $167 |
| 9 | DISP-263454 | $1,570 | 7/28/2023 | $23 | $1,546 |
| 10 | DISP-199482 | $1,570 | 8/10/2023 | $655 | $915 |
| 11 | DISP-263434 | $1,158 | 8/14/2023 | $9 | $1,149 |
| 12 | DISP-453642 | $1,570 | 8/22/2023 | $1,447 | $123 |
| 13 | DISP-199509 | $1,654 | 8/22/2023 | $436 | $1,218 |
| 14 | DISP-445603 | $1,570 | 9/27/2023 | $1,426 | $144 |
| 15 | DISP-453748 | $1,570 | 9/28/2023 | $1,460 | $109 |
| 16 | DISP-509095 | $4,963 | 10/10/2023 | $480 | $4,483 |
| 17 | DISP-328887 | $1,158 | 10/30/2023 | $92 | $1,066 |
| 18 | DISP-369300 | $1,570 | 11/7/2023 | $1,329 | $241 |
| 19 | DISP-369474 | $1,570 | 11/8/2023 | $1,449 | $121 |
| 20 | DISP-496544 | $1,158 | 11/9/2023 | $1,111 | $47 |
| 21 | DISP-63948 | $1,214 | 1/11/2024 | $971 | $243 |
| 22 | DISP-302935 | $1,570 | 1/29/2024 | $1,436 | $134 |
| 23 | DISP-812444 | $1,158 | 2/5/2024 | $985 | $172 |
| 24 | DISP-690608 | $1,570 | 2/9/2024 | $1,415 | $155 |
| 25 | DISP-691594 | $1,654 | 2/9/2024 | $1,363 | $291 |
| 26 | DISP-774918 | $1,158 | 2/15/2024 | $717 | $441 |
| 27 | DISP-694809 | $1,570 | 2/22/2024 | $988 | $581 |
| 28 | DISP-747411 | $1,158 | 2/29/2024 | $1,070 | $87 |
| 29 | DISP-685917 | $1,570 | 3/6/2024 | $588 | $982 |
| 30 | DISP-93688 | $1,654 | 3/8/2024 | $0 | $1,654 |
| 31 | DISP-691457 | $676 | 3/19/2024 | $541 | $135 |
| 32 | DISP-686334 | $1,091 | 3/19/2024 | $873 | $218 |
| 33 | DISP-692717 | $4,963 | 3/25/2024 | $873 | $4,090 |
| 34 | DISP-329120 | $9,926 | 4/4/2024 | $1,550 | $8,376 |
| 35 | DISP-695894 | $1,570 | 4/5/2024 | $1,334 | $235 |
| 36 | DISP-696137 | $1,158 | 4/5/2024 | $307 | $851 |
| 37 | DISP-682208 | $1,654 | 4/10/2024 | $333 | $1,322 |
| 38 | DISP-774482 | $1,570 | 4/11/2024 | $595 | $975 |

| 39 | DISP-359422 | $6,617 | 4/11/2024 | $1,081 | $5,536 |
|---|---|---|---|---|---|
| 40 | DISP-105808 | $676 | 4/15/2024 | $541 | $135 |
| 41 | DISP-359504 | $1,158 | 4/16/2024 | $813 | $344 |
| 42 | DISP-697169 | $1,570 | 4/16/2024 | $0 | $1,570 |
| 43 | DISP-910621 | $1,570 | 4/17/2024 | $451 | $1,118 |
| 44 | DISP-369562 | $4,963 | 4/17/2024 | $0 | $4,963 |
| 45 | DISP-437477 | $1,326 | 4/18/2024 | $1,061 | $265 |
| 46 | DISP-696148 | $1,158 | 4/18/2024 | $351 | $806 |
| 47 | DISP-424579 | $383 | 4/22/2024 | $307 | $77 |
| 48 | DISP-424579 | $558 | 4/22/2024 | $447 | $112 |
| 49 | DISP-812166 | $1,158 | 4/27/2024 | $339 | $818 |
| 50 | DISP-1148976 | $1,158 | 4/29/2024 | $99 | $1,058 |
| 51 | DISP-369422 | $308 | 4/30/2024 | $191 | $117 |
| 52 | DISP-369422 | $308 | 4/30/2024 | $156 | $153 |
| 53 | DISP-369422 | $308 | 4/30/2024 | $156 | $153 |
| 54 | DISP-369422 | $308 | 4/30/2024 | $145 | $163 |
| 55 | DISP-369422 | $462 | 4/30/2024 | $125 | $337 |
| 56 | DISP-369422 | $771 | 4/30/2024 | $311 | $460 |
| 57 | DISP-695995 | $3,309 | 4/30/2024 | $444 | $2,865 |
| 58 | DISP-93682 | $3,309 | 5/1/2024 | $2,768 | $541 |
| 59 | DISP-303070 | $1,013 | 5/5/2024 | $811 | $203 |
| 60 | DISP-508933 | $1,570 | 5/5/2024 | $0 | $1,570 |
| 61 | DISP-869336 | $1,570 | 5/7/2024 | $1,160 | $410 |
| 62 | DISP-696161 | $424 | 5/10/2024 | $339 | $85 |
| 63 | DISP-180807 | $1,158 | 5/10/2024 | $570 | $588 |
| 64 | DISP-180807 | $1,158 | 5/10/2024 | $285 | $873 |
| 65 | DISP-180807 | $1,158 | 5/10/2024 | $88 | $1,070 |
| 66 | DISP-691909 | $364 | 5/13/2024 | $291 | $73 |
| 67 | DISP-747049 | $364 | 5/13/2024 | $291 | $73 |
| 68 | DISP-691087 | $383 | 5/13/2024 | $307 | $77 |
| 69 | DISP-692132 | $383 | 5/13/2024 | $307 | $77 |
| 70 | DISP-691655 | $383 | 5/13/2024 | $307 | $77 |
| 71 | DISP-683180 | $564 | 5/13/2024 | $451 | $113 |
| 72 | DISP-698994 | $383 | 5/13/2024 | $245 | $138 |
| 73 | DISP-693410 | $728 | 5/13/2024 | $582 | $146 |
| 74 | DISP-683805 | $1,158 | 5/13/2024 | $351 | $806 |
| 75 | DISP-698322 | $1,570 | 5/13/2024 | $552 | $1,017 |
| 76 | DISP-509529 | $1,654 | 5/13/2024 | $291 | $1,363 |
| 77 | DISP-683982 | $1,158 | 5/14/2024 | $1,096 | $61 |
| 78 | DISP-682326 | $728 | 5/14/2024 | $582 | $146 |
| 79 | DISP-694645 | $931 | 5/14/2024 | $744 | $186 |
| 80 | DISP-685592 | $1,657 | 5/15/2024 | $1,326 | $331 |

| | | | | | |
|---|---|---|---|---|---|
| 81 | DISP-811983 | $383 | 5/16/2024 | $322 | $61 |
| 82 | DISP-812134 | $1,158 | 5/22/2024 | $351 | $806 |
| 83 | DISP-683118 | $1,570 | 5/23/2024 | $1,536 | $33 |
| 84 | DISP-105611 | $3,309 | 5/24/2024 | $541 | $2,768 |
| 85 | DISP-161753 | $3,309 | 5/24/2024 | $541 | $2,768 |
| 86 | DISP-161753 | $3,309 | 5/24/2024 | $0 | $3,309 |
| 87 | DISP-424084 | $1,158 | 5/28/2024 | $1,123 | $35 |
| 88 | DISP-869075 | $9,926 | 5/28/2024 | $1,622 | $8,304 |
| 89 | DISP-229033 | $6,617 | 5/29/2024 | $6,072 | $546 |
| 90 | DISP-229033 | $1,654 | 5/29/2024 | $216 | $1,438 |
| 91 | DISP-54955 | $1,570 | 5/29/2024 | $0 | $1,570 |
| 92 | DISP-910642 | $8,272 | 5/29/2024 | $1,455 | $6,817 |
| 93 | DISP-437674 | $1,570 | 5/30/2024 | $1,479 | $90 |
| 94 | DISP-812847 | $1,570 | 5/30/2024 | $1,479 | $90 |
| 95 | DISP-685423 | $1,570 | 5/30/2024 | $607 | $962 |
| 96 | DISP-294728 | $1,158 | 5/30/2024 | $67 | $1,090 |
| 97 | DISP-394018 | $1,570 | 6/5/2024 | $518 | $1,051 |
| 98 | DISP-93798 | $6,617 | 6/7/2024 | $0 | $6,617 |
| 99 | DISP-54929 | $6,617 | 6/10/2024 | $0 | $6,617 |
| 100 | DISP-180517 | $338 | 6/11/2024 | $270 | $68 |
| 101 | DISP-180517 | $1,415 | 6/11/2024 | $1,019 | $396 |
| 102 | DISP-983172 | $439 | 6/13/2024 | $351 | $88 |
| 103 | DISP-982387 | $1,158 | 6/14/2024 | $888 | $269 |
| 104 | DISP-1059490 | $1,654 | 6/14/2024 | $1,384 | $270 |
| 105 | DISP-936811 | $1,158 | 6/20/2024 | $351 | $806 |
| 106 | DISP-161847 | $3,309 | 6/24/2024 | $0 | $3,309 |
| 107 | DISP-200138 | $3,309 | 6/27/2024 | $3,237 | $72 |
| 108 | DISP-200138 | $4,963 | 6/27/2024 | $3,729 | $1,234 |
| 109 | DISP-199931 | $1,570 | 6/27/2024 | $623 | $947 |
| 110 | DISP-199931 | $1,570 | 6/27/2024 | $531 | $1,039 |
| 111 | DISP-199931 | $1,570 | 6/27/2024 | $390 | $1,179 |
| 112 | DISP-278238 | $6,617 | 6/28/2024 | $0 | $6,617 |
| 113 | DISP-404191 | $1,570 | 6/29/2024 | $1,021 | $549 |
| 114 | DISP-263428 | $1,158 | 7/3/2024 | $360 | $797 |
| 115 | DISP-747122 | $822 | 7/5/2024 | $658 | $164 |
| 116 | DISP-54964 | $1,570 | 7/8/2024 | $664 | $906 |
| 117 | DISP-54964 | $1,570 | 7/8/2024 | $0 | $1,570 |
| 118 | DISP-54964 | $1,570 | 7/8/2024 | $0 | $1,570 |
| 119 | DISP-393606 | $308 | 7/9/2024 | $99 | $209 |
| 120 | DISP-394016 | $1,570 | 7/9/2024 | $671 | $898 |
| 121 | DISP-437929 | $1,570 | 7/9/2024 | $390 | $1,180 |
| 122 | DISP-437692 | $722 | 7/11/2024 | $578 | $144 |

| | | | | | |
|---|---|---|---|---|---|
| 123 | DISP-937139 | $1,391 | 7/11/2024 | $1,112 | $278 |
| 124 | DISP-694487 | $3,309 | 7/11/2024 | $265 | $3,043 |
| 125 | DISP-63761 | $1,654 | 7/12/2024 | $0 | $1,654 |
| 126 | DISP-63761 | $4,963 | 7/12/2024 | $811 | $4,152 |
| 127 | DISP-63761 | $4,963 | 7/12/2024 | $0 | $4,963 |
| 128 | DISP-481127 | $4,963 | 7/15/2024 | $4,736 | $227 |
| 129 | DISP-811626 | $1,570 | 7/15/2024 | $574 | $996 |
| 130 | DISP-93862 | $715 | 7/16/2024 | $572 | $143 |
| 131 | DISP-93862 | $1,570 | 7/16/2024 | $390 | $1,179 |
| 132 | DISP-93862 | $1,570 | 7/16/2024 | $0 | $1,570 |
| 133 | DISP-983448 | $1,570 | 7/17/2024 | $310 | $1,260 |
| 134 | DISP-144735 | $1,654 | 7/17/2024 | $270 | $1,384 |
| 135 | DISP-144344 | $1,654 | 7/17/2024 | $270 | $1,384 |
| 136 | DISP-144735 | $1,654 | 7/17/2024 | $222 | $1,433 |
| 137 | DISP-144344 | $1,654 | 7/17/2024 | $216 | $1,438 |
| 138 | DISP-144344 | $3,309 | 7/17/2024 | $541 | $2,768 |
| 139 | DISP-144735 | $3,309 | 7/17/2024 | $541 | $2,768 |
| 140 | DISP-144344 | $3,309 | 7/17/2024 | $541 | $2,768 |
| 141 | DISP-144344 | $3,309 | 7/17/2024 | $541 | $2,768 |
| 142 | DISP-144344 | $3,309 | 7/17/2024 | $34 | $3,274 |
| 143 | DISP-144344 | $4,963 | 7/17/2024 | $1,079 | $3,884 |
| 144 | DISP-144344 | $6,617 | 7/17/2024 | $1,081 | $5,536 |
| 145 | DISP-144344 | $6,617 | 7/17/2024 | $1,081 | $5,536 |
| 146 | DISP-144735 | $6,617 | 7/17/2024 | $865 | $5,753 |
| 147 | DISP-144735 | $8,272 | 7/17/2024 | $1,351 | $6,920 |
| 148 | DISP-509162 | $3,309 | 7/18/2024 | $351 | $2,958 |
| 149 | DISP-509162 | $4,963 | 7/18/2024 | $796 | $4,167 |
| 150 | DISP-509162 | $4,963 | 7/18/2024 | $796 | $4,167 |
| 151 | DISP-509162 | $4,963 | 7/18/2024 | $636 | $4,327 |
| 152 | DISP-747912 | $1,158 | 7/19/2024 | $351 | $806 |
| 153 | DISP-93734 | $1,570 | 7/19/2024 | $419 | $1,151 |
| 154 | DISP-93734 | $1,570 | 7/19/2024 | $191 | $1,379 |
| 155 | DISP-93734 | $1,570 | 7/19/2024 | $118 | $1,452 |
| 156 | DISP-869241 | $719 | 7/23/2024 | $575 | $144 |
| 157 | DISP-199277 | $1,158 | 7/23/2024 | $99 | $1,058 |
| 158 | DISP-1404836 | $1,654 | 7/23/2024 | $293 | $1,361 |
| 159 | DISP-692164 | $1,654 | 7/23/2024 | $233 | $1,422 |
| 160 | DISP-105675 | $3,309 | 7/24/2024 | $493 | $2,816 |
| 161 | DISP-105675 | $8,272 | 7/24/2024 | $1,231 | $7,040 |
| 162 | DISP-105675 | $8,272 | 7/24/2024 | $1,231 | $7,040 |
| 163 | DISP-278276 | $338 | 7/25/2024 | $270 | $68 |
| 164 | DISP-693346 | $6,617 | 7/25/2024 | $1,061 | $5,557 |

| | | | | | |
|---|---|---|---|---|---|
| 165 | DISP-1079389 | $1,654 | 7/26/2024 | $278 | $1,376 |
| 166 | DISP-105835 | $5,655 | 7/26/2024 | $0 | $5,655 |
| 167 | DISP-870194 | $1,158 | 7/28/2024 | $395 | $762 |
| 168 | DISP-870194 | $1,158 | 7/28/2024 | $307 | $851 |
| 169 | DISP-1080256 | $1,570 | 7/29/2024 | $420 | $1,149 |
| 170 | DISP-394053 | $1,570 | 7/29/2024 | $11 | $1,559 |
| 171 | DISP-870291 | $1,570 | 7/30/2024 | $1,474 | $96 |
| 172 | DISP-870291 | $1,570 | 7/30/2024 | $671 | $899 |
| 173 | DISP-93909 | $1,654 | 7/30/2024 | $185 | $1,470 |
| 174 | DISP-1509476 | $3,309 | 7/31/2024 | $530 | $2,778 |
| 175 | DISP-1509439 | $4,963 | 7/31/2024 | $873 | $4,090 |
| 176 | DISP-369727 | $4,963 | 7/31/2024 | $811 | $4,152 |
| 177 | DISP-1404645 | $1,466 | 8/2/2024 | $1,173 | $293 |
| 178 | DISP-1148558 | $3,309 | 8/3/2024 | $556 | $2,752 |
| 179 | DISP-1519281 | $632 | 8/5/2024 | $506 | $126 |
| 180 | DISP-509353 | $728 | 8/5/2024 | $582 | $146 |
| 181 | DISP-1206307 | $994 | 8/5/2024 | $796 | $199 |
| 182 | DISP-1206307 | $1,654 | 8/5/2024 | $278 | $1,376 |
| 183 | DISP-1206307 | $1,654 | 8/5/2024 | $278 | $1,376 |
| 184 | DISP-200114 | $2,697 | 8/5/2024 | $0 | $2,697 |
| 185 | DISP-54947 | $676 | 8/6/2024 | $541 | $135 |
| 186 | DISP-682947 | $1,654 | 8/6/2024 | $364 | $1,291 |
| 187 | DISP-301688 | $207 | 8/12/2024 | $0 | $207 |
| 188 | DISP-747865 | $1,570 | 8/12/2024 | $529 | $1,041 |
| 189 | DISP-423959 | $308 | 8/14/2024 | $216 | $92 |
| 190 | DISP-1079639 | $1,043 | 8/14/2024 | $876 | $167 |
| 191 | DISP-423959 | $308 | 8/14/2024 | $72 | $236 |
| 192 | DISP-509424 | $1,158 | 8/14/2024 | $477 | $680 |
| 193 | DISP-509424 | $1,158 | 8/14/2024 | $311 | $847 |
| 194 | DISP-1059368 | $4,963 | 8/15/2024 | $739 | $4,224 |
| 195 | DISP-509668 | $564 | 8/16/2024 | $451 | $113 |
| 196 | DISP-1404641 | $1,158 | 8/16/2024 | $530 | $628 |
| 197 | DISP-1206095 | $1,158 | 8/16/2024 | $371 | $787 |
| 198 | DISP-1206095 | $1,158 | 8/16/2024 | $371 | $787 |
| 199 | DISP-1206095 | $1,158 | 8/16/2024 | $351 | $806 |
| 200 | DISP-1206095 | $1,158 | 8/16/2024 | $307 | $851 |
| 201 | DISP-1568786 | $3,309 | 8/16/2024 | $1,955 | $1,353 |
| 202 | DISP-1058870 | $1,654 | 8/16/2024 | $270 | $1,384 |
| 203 | DISP-1509497 | $725 | 8/19/2024 | $580 | $145 |
| 204 | DISP-1206369 | $1,654 | 8/20/2024 | $278 | $1,376 |
| 205 | DISP-694220 | $3,309 | 8/20/2024 | $582 | $2,727 |
| 206 | DISP-1206369 | $4,963 | 8/20/2024 | $834 | $4,129 |

| | | | | | |
|---|---|---|---|---|---|
| 207 | DISP-696123 | $1,654 | 8/21/2024 | $339 | $1,316 |
| 208 | DISP-54911 | $1,654 | 8/21/2024 | $270 | $1,384 |
| 209 | DISP-1206480 | $1,654 | 8/21/2024 | $264 | $1,391 |
| 210 | DISP-1206480 | $3,309 | 8/21/2024 | $582 | $2,727 |
| 211 | DISP-1206480 | $3,309 | 8/21/2024 | $556 | $2,752 |
| 212 | DISP-1206480 | $3,309 | 8/21/2024 | $556 | $2,752 |
| 213 | DISP-1206480 | $3,309 | 8/21/2024 | $556 | $2,752 |
| 214 | DISP-1206480 | $3,309 | 8/21/2024 | $556 | $2,752 |
| 215 | DISP-54911 | $3,309 | 8/21/2024 | $541 | $2,768 |
| 216 | DISP-1206480 | $3,309 | 8/21/2024 | $530 | $2,778 |
| 217 | DISP-54911 | $3,309 | 8/21/2024 | $270 | $3,038 |
| 218 | DISP-54911 | $3,309 | 8/21/2024 | $0 | $3,309 |
| 219 | DISP-1206480 | $4,963 | 8/21/2024 | $425 | $4,538 |
| 220 | DISP-54911 | $4,963 | 8/21/2024 | $0 | $4,963 |
| 221 | DISP-1206520 | $6,617 | 8/21/2024 | $1,417 | $5,201 |
| 222 | DISP-1206480 | $6,617 | 8/21/2024 | $1,112 | $5,505 |
| 223 | DISP-54911 | $6,617 | 8/21/2024 | $1,081 | $5,536 |
| 224 | DISP-696292 | $3,309 | 8/22/2024 | $1,003 | $2,306 |
| 225 | DISP-1206446 | $1,570 | 8/23/2024 | $516 | $1,053 |
| 226 | DISP-682622 | $1,158 | 8/23/2024 | $92 | $1,066 |
| 227 | DISP-683132 | $1,158 | 8/23/2024 | $85 | $1,072 |
| 228 | DISP-683661 | $3,309 | 8/23/2024 | $582 | $2,727 |
| 229 | DISP-686413 | $3,309 | 8/23/2024 | $582 | $2,727 |
| 230 | DISP-694292 | $1,158 | 8/27/2024 | $307 | $851 |
| 231 | DISP-694867 | $1,158 | 8/27/2024 | $307 | $851 |
| 232 | DISP-1519115 | $1,158 | 8/27/2024 | $211 | $947 |
| 233 | DISP-1519576 | $1,158 | 8/27/2024 | $115 | $1,043 |
| 234 | DISP-694230 | $1,158 | 8/27/2024 | $64 | $1,094 |
| 235 | DISP-692194 | $4,963 | 8/27/2024 | $873 | $4,090 |
| 236 | DISP-437453 | $1,158 | 8/28/2024 | $375 | $783 |
| 237 | DISP-1206423 | $1,570 | 8/28/2024 | $588 | $982 |
| 238 | DISP-1206423 | $1,570 | 8/28/2024 | $420 | $1,149 |
| 239 | DISP-1571217 | $1,654 | 8/28/2024 | $246 | $1,408 |
| 240 | DISP-63936 | $1,654 | 8/28/2024 | $210 | $1,444 |
| 241 | DISP-63936 | $1,654 | 8/28/2024 | $0 | $1,654 |
| 242 | DISP-63936 | $3,309 | 8/28/2024 | $0 | $3,309 |
| 243 | DISP-1058784 | $4,963 | 8/28/2024 | $811 | $4,152 |
| 244 | DISP-63936 | $4,963 | 8/28/2024 | $0 | $4,963 |
| 245 | DISP-1519382 | $663 | 8/29/2024 | $530 | $133 |
| 246 | DISP-1509298 | $728 | 8/29/2024 | $582 | $146 |
| 247 | DISP-1080382 | $1,158 | 8/29/2024 | $287 | $871 |
| 248 | DISP-1058901 | $1,654 | 8/29/2024 | $270 | $1,384 |

| | | | | | |
|---|---|---|---|---|---|
| 249 | DISP-1123213 | $1,158 | 8/30/2024 | $452 | $706 |
| 250 | DISP-1509772 | $1,570 | 8/30/2024 | $451 | $1,118 |
| 251 | DISP-1519561 | $1,158 | 8/31/2024 | $323 | $834 |
| 252 | DISP-1604635 | $599 | 9/3/2024 | $479 | $120 |
| 253 | DISP-228977 | $1,158 | 9/4/2024 | $333 | $825 |
| 254 | DISP-228977 | $1,158 | 9/4/2024 | $94 | $1,063 |
| 255 | DISP-1058812 | $1,654 | 9/4/2024 | $246 | $1,408 |
| 256 | DISP-1608726 | $1,570 | 9/5/2024 | $545 | $1,025 |
| 257 | DISP-180508 | $1,654 | 9/5/2024 | $270 | $1,384 |
| 258 | DISP-303203 | $676 | 9/6/2024 | $541 | $135 |
| 259 | DISP-811893 | $1,158 | 9/6/2024 | $351 | $806 |
| 260 | DISP-278314 | $1,570 | 9/6/2024 | $718 | $852 |
| 261 | DISP-693823 | $1,654 | 9/6/2024 | $135 | $1,519 |
| 262 | DISP-685181 | $1,158 | 9/9/2024 | $351 | $806 |
| 263 | DISP-775491 | $1,158 | 9/9/2024 | $307 | $851 |
| 264 | DISP-1036862 | $4,963 | 9/9/2024 | $402 | $4,561 |
| 265 | DISP-1608489 | $1,089 | 9/10/2024 | $589 | $500 |
| 266 | DISP-480812 | $1,570 | 9/10/2024 | $516 | $1,053 |
| 267 | DISP-481257 | $1,654 | 9/10/2024 | $291 | $1,363 |
| 268 | DISP-691244 | $3,309 | 9/10/2024 | $582 | $2,727 |
| 269 | DISP-937202 | $132 | 9/11/2024 | $105 | $26 |
| 270 | DISP-937202 | $346 | 9/11/2024 | $277 | $69 |
| 271 | DISP-937202 | $525 | 9/11/2024 | $420 | $105 |
| 272 | DISP-937202 | $126 | 9/11/2024 | $0 | $126 |
| 273 | DISP-937202 | $676 | 9/11/2024 | $540 | $135 |
| 274 | DISP-937202 | $727 | 9/11/2024 | $581 | $145 |
| 275 | DISP-1608743 | $1,158 | 9/11/2024 | $370 | $787 |
| 276 | DISP-1608743 | $1,158 | 9/11/2024 | $370 | $787 |
| 277 | DISP-559883 | $1,570 | 9/11/2024 | $451 | $1,118 |
| 278 | DISP-691328 | $1,654 | 9/11/2024 | $291 | $1,363 |
| 279 | DISP-775002 | $1,654 | 9/11/2024 | $291 | $1,363 |
| 280 | DISP-683407 | $1,570 | 9/11/2024 | $167 | $1,403 |
| 281 | DISP-747002 | $364 | 9/12/2024 | $291 | $73 |
| 282 | DISP-747218 | $383 | 9/12/2024 | $307 | $77 |
| 283 | DISP-747011 | $646 | 9/12/2024 | $516 | $129 |
| 284 | DISP-692201 | $1,570 | 9/12/2024 | $451 | $1,118 |
| 285 | DISP-775515 | $1,654 | 9/12/2024 | $291 | $1,363 |
| 286 | DISP-1569084 | $4,963 | 9/12/2024 | $370 | $4,593 |
| 287 | DISP-303165 | $1,570 | 9/13/2024 | $792 | $778 |
| 288 | DISP-303165 | $1,570 | 9/13/2024 | $718 | $852 |
| 289 | DISP-303165 | $1,570 | 9/13/2024 | $546 | $1,024 |
| 290 | DISP-303165 | $1,570 | 9/13/2024 | $534 | $1,035 |

| | | | | | |
|---|---|---|---|---|---|
| 291 | DISP-812689 | $1,570 | 9/13/2024 | $516 | $1,053 |
| 292 | DISP-694647 | $1,570 | 9/13/2024 | $420 | $1,149 |
| 293 | DISP-303165 | $1,570 | 9/13/2024 | $215 | $1,355 |
| 294 | DISP-303165 | $1,570 | 9/13/2024 | $127 | $1,442 |
| 295 | DISP-303165 | $1,570 | 9/13/2024 | $127 | $1,442 |
| 296 | DISP-1201733 | $4,963 | 9/14/2024 | $929 | $4,034 |
| 297 | DISP-686429 | $383 | 9/16/2024 | $307 | $77 |
| 298 | DISP-705626 | $663 | 9/16/2024 | $530 | $133 |
| 299 | DISP-698718 | $1,091 | 9/16/2024 | $873 | $218 |
| 300 | DISP-1373391 | $1,654 | 9/16/2024 | $293 | $1,361 |
| 301 | DISP-812522 | $3,309 | 9/16/2024 | $282 | $3,027 |
| 302 | DISP-1387644 | $3,309 | 9/17/2024 | $642 | $2,666 |
| 303 | DISP-910264 | $1,158 | 9/18/2024 | $351 | $806 |
| 304 | DISP-684984 | $1,158 | 9/18/2024 | $307 | $851 |
| 305 | DISP-910264 | $1,158 | 9/18/2024 | $307 | $851 |
| 306 | DISP-1683200 | $331 | 9/19/2024 | $265 | $66 |
| 307 | DISP-982425 | $1,158 | 9/19/2024 | $69 | $1,088 |
| 308 | DISP-1604103 | $1,654 | 9/19/2024 | $270 | $1,384 |
| 309 | DISP-1684083 | $1,158 | 9/23/2024 | $472 | $685 |
| 310 | DISP-694644 | $1,158 | 9/23/2024 | $307 | $851 |
| 311 | DISP-1682773 | $1,654 | 9/23/2024 | $0 | $1,654 |
| 312 | DISP-1682773 | $3,309 | 9/23/2024 | $586 | $2,722 |
| 313 | DISP-1682773 | $3,309 | 9/23/2024 | $586 | $2,722 |
| 314 | DISP-1682773 | $3,309 | 9/23/2024 | $586 | $2,722 |
| 315 | DISP-1682773 | $4,963 | 9/23/2024 | $671 | $4,292 |
| 316 | DISP-1682773 | $6,617 | 9/23/2024 | $1,173 | $5,445 |
| 317 | DISP-1682773 | $6,617 | 9/23/2024 | $1,088 | $5,529 |
| 318 | DISP-1682773 | $6,617 | 9/23/2024 | $997 | $5,620 |
| 319 | DISP-1683483 | $1,570 | 9/24/2024 | $607 | $962 |
| 320 | DISP-481186 | $1,570 | 9/24/2024 | $588 | $982 |
| 321 | DISP-1470864 | $1,570 | 9/24/2024 | $545 | $1,025 |
| 322 | DISP-692647 | $1,570 | 9/24/2024 | $530 | $1,040 |
| 323 | DISP-812873 | $1,654 | 9/24/2024 | $233 | $1,422 |
| 324 | DISP-1598210 | $1,654 | 9/24/2024 | $105 | $1,549 |
| 325 | DISP-812567 | $4,963 | 9/24/2024 | $873 | $4,090 |
| 326 | DISP-1509316 | $646 | 9/25/2024 | $516 | $129 |
| 327 | DISP-705443 | $770 | 9/25/2024 | $616 | $154 |
| 328 | DISP-812164 | $1,158 | 9/25/2024 | $287 | $871 |
| 329 | DISP-1080081 | $1,570 | 9/25/2024 | $516 | $1,053 |
| 330 | DISP-1080081 | $1,570 | 9/25/2024 | $516 | $1,053 |
| 331 | DISP-1080081 | $1,570 | 9/25/2024 | $516 | $1,053 |
| 332 | DISP-1470332 | $4,963 | 9/25/2024 | $839 | $4,124 |

| | | | | | |
|---|---|---|---|---|---|
| 333 | DISP-93791 | $4,963 | 9/25/2024 | $811 | $4,152 |
| 334 | DISP-303200 | $1,158 | 9/26/2024 | $522 | $635 |
| 335 | DISP-303200 | $1,158 | 9/26/2024 | $492 | $666 |
| 336 | DISP-424063 | $1,158 | 9/26/2024 | $446 | $711 |
| 337 | DISP-424063 | $1,158 | 9/26/2024 | $432 | $725 |
| 338 | DISP-303200 | $1,158 | 9/26/2024 | $425 | $732 |
| 339 | DISP-303200 | $1,158 | 9/26/2024 | $399 | $758 |
| 340 | DISP-303200 | $1,158 | 9/26/2024 | $371 | $786 |
| 341 | DISP-303200 | $1,158 | 9/26/2024 | $360 | $797 |
| 342 | DISP-1471153 | $1,158 | 9/26/2024 | $351 | $806 |
| 343 | DISP-303200 | $1,158 | 9/26/2024 | $82 | $1,075 |
| 344 | DISP-303200 | $1,158 | 9/26/2024 | $49 | $1,108 |
| 345 | DISP-303200 | $1,158 | 9/26/2024 | $49 | $1,108 |
| 346 | DISP-303200 | $1,158 | 9/26/2024 | $0 | $1,158 |
| 347 | DISP-404206 | $1,654 | 9/26/2024 | $262 | $1,393 |
| 348 | DISP-404206 | $6,617 | 9/26/2024 | $1,061 | $5,557 |
| 349 | DISP-694117 | $1,654 | 9/27/2024 | $291 | $1,363 |
| 350 | DISP-1402156 | $3,309 | 9/27/2024 | $541 | $2,768 |
| 351 | DISP-696726 | $6,617 | 9/27/2024 | $1,164 | $5,453 |
| 352 | DISP-775329 | $1,158 | 9/28/2024 | $307 | $851 |
| 353 | DISP-1402167 | $1,654 | 9/28/2024 | $270 | $1,384 |
| 354 | DISP-1471251 | $3,309 | 9/28/2024 | $1,221 | $2,088 |
| 355 | DISP-1386419 | $3,309 | 9/29/2024 | $432 | $2,876 |
| 356 | DISP-690876 | $364 | 9/30/2024 | $291 | $73 |
| 357 | DISP-691266 | $364 | 9/30/2024 | $262 | $102 |
| 358 | DISP-682777 | $122 | 9/30/2024 | $0 | $122 |
| 359 | DISP-682785 | $663 | 9/30/2024 | $530 | $133 |
| 360 | DISP-682986 | $728 | 9/30/2024 | $582 | $146 |
| 361 | DISP-691549 | $439 | 9/30/2024 | $246 | $193 |
| 362 | DISP-682839 | $1,091 | 9/30/2024 | $873 | $218 |
| 363 | DISP-870370 | $1,158 | 9/30/2024 | $388 | $769 |
| 364 | DISP-870370 | $1,158 | 9/30/2024 | $351 | $806 |
| 365 | DISP-1079737 | $1,570 | 9/30/2024 | $516 | $1,053 |
| 366 | DISP-1079737 | $1,570 | 9/30/2024 | $420 | $1,149 |
| 367 | DISP-126354 | $1,654 | 9/30/2024 | $270 | $1,384 |
| 368 | DISP-126354 | $4,963 | 9/30/2024 | $811 | $4,152 |
| 369 | DISP-696974 | $68 | 10/1/2024 | $55 | $14 |
| 370 | DISP-682441 | $364 | 10/1/2024 | $291 | $73 |
| 371 | DISP-696760 | $1,158 | 10/1/2024 | $326 | $832 |
| 372 | DISP-697066 | $1,570 | 10/1/2024 | $451 | $1,118 |
| 373 | DISP-695115 | $1,570 | 10/1/2024 | $167 | $1,403 |
| 374 | DISP-694314 | $4,963 | 10/1/2024 | $873 | $4,090 |

| | | | | | |
|---|---|---|---|---|---|
| 375 | DISP-698647 | $237 | 10/2/2024 | $190 | $48 |
| 376 | DISP-1519299 | $472 | 10/2/2024 | $378 | $94 |
| 377 | DISP-1519299 | $472 | 10/2/2024 | $374 | $98 |
| 378 | DISP-1519299 | $472 | 10/2/2024 | $370 | $102 |
| 379 | DISP-1519299 | $472 | 10/2/2024 | $370 | $102 |
| 380 | DISP-699212 | $187 | 10/2/2024 | $70 | $117 |
| 381 | DISP-1519299 | $681 | 10/2/2024 | $545 | $136 |
| 382 | DISP-870310 | $1,158 | 10/2/2024 | $447 | $711 |
| 383 | DISP-870310 | $1,158 | 10/2/2024 | $261 | $897 |
| 384 | DISP-870124 | $1,570 | 10/2/2024 | $479 | $1,090 |
| 385 | DISP-1470997 | $1,570 | 10/3/2024 | $545 | $1,025 |
| 386 | DISP-1471345 | $1,570 | 10/3/2024 | $451 | $1,118 |
| 387 | DISP-684574 | $1,570 | 10/3/2024 | $258 | $1,311 |
| 388 | DISP-982970 | $4,963 | 10/3/2024 | $944 | $4,019 |
| 389 | DISP-1058795 | $4,963 | 10/3/2024 | $811 | $4,152 |
| 390 | DISP-684663 | $1,158 | 10/4/2024 | $339 | $818 |
| 391 | DISP-684212 | $1,570 | 10/4/2024 | $658 | $912 |
| 392 | DISP-1404911 | $1,570 | 10/4/2024 | $443 | $1,127 |
| 393 | DISP-1201744 | $6,617 | 10/4/2024 | $1,094 | $5,523 |
| 394 | DISP-1206218 | $1,158 | 10/5/2024 | $400 | $758 |
| 395 | DISP-1206218 | $1,158 | 10/5/2024 | $287 | $871 |
| 396 | DISP-686222 | $1,091 | 10/7/2024 | $873 | $218 |
| 397 | DISP-695431 | $1,158 | 10/7/2024 | $85 | $1,072 |
| 398 | DISP-1373716 | $1,654 | 10/7/2024 | $293 | $1,361 |
| 399 | DISP-1373716 | $1,654 | 10/7/2024 | $293 | $1,361 |
| 400 | DISP-1373716 | $3,309 | 10/7/2024 | $586 | $2,722 |
| 401 | DISP-1373716 | $3,309 | 10/7/2024 | $498 | $2,810 |
| 402 | DISP-1373716 | $4,963 | 10/7/2024 | $880 | $4,083 |
| 403 | DISP-747225 | $4,963 | 10/7/2024 | $873 | $4,090 |
| 404 | DISP-811948 | $1,570 | 10/8/2024 | $588 | $982 |
| 405 | DISP-1519178 | $1,570 | 10/8/2024 | $476 | $1,094 |
| 406 | DISP-1567967 | $1,570 | 10/8/2024 | $451 | $1,118 |
| 407 | DISP-147563 | $4,963 | 10/8/2024 | $148 | $4,815 |
| 408 | DISP-1036780 | $1,158 | 10/9/2024 | $47 | $1,111 |
| 409 | DISP-1290034 | $3,309 | 10/9/2024 | $534 | $2,775 |
| 410 | DISP-1036533 | $1,570 | 10/10/2024 | $575 | $994 |
| 411 | DISP-481014 | $1,570 | 10/10/2024 | $479 | $1,090 |
| 412 | DISP-1373750 | $1,570 | 10/10/2024 | $476 | $1,094 |
| 413 | DISP-1373750 | $1,570 | 10/10/2024 | $476 | $1,094 |
| 414 | DISP-1598350 | $1,654 | 10/10/2024 | $270 | $1,384 |
| 415 | DISP-147559 | $9,926 | 10/10/2024 | $394 | $9,532 |
| 416 | DISP-1317358 | $1,570 | 10/11/2024 | $545 | $1,025 |

| 417 | DISP-697348 | $1,570 | 10/11/2024 | $451 | $1,118 |
| 418 | DISP-1317358 | $1,570 | 10/11/2024 | $381 | $1,189 |
| 419 | DISP-697840 | $1,570 | 10/11/2024 | $187 | $1,383 |
| 420 | DISP-870119 | $1,654 | 10/11/2024 | $218 | $1,436 |
| 421 | DISP-910198 | $1,570 | 10/11/2024 | $0 | $1,570 |
| 422 | DISP-1059415 | $3,309 | 10/11/2024 | $541 | $2,768 |
| 423 | DISP-870119 | $3,309 | 10/11/2024 | $515 | $2,794 |
| 424 | DISP-870119 | $3,309 | 10/11/2024 | $430 | $2,879 |
| 425 | DISP-870119 | $4,963 | 10/11/2024 | $873 | $4,090 |
| 426 | DISP-870119 | $6,617 | 10/11/2024 | $1,164 | $5,453 |
| 427 | DISP-870119 | $6,617 | 10/11/2024 | $1,164 | $5,453 |
| 428 | DISP-1784756 | $489 | 10/14/2024 | $391 | $98 |
| 429 | DISP-1148102 | $1,158 | 10/14/2024 | $386 | $771 |
| 430 | DISP-686400 | $1,158 | 10/14/2024 | $307 | $851 |
| 431 | DISP-1148318 | $1,570 | 10/14/2024 | $607 | $962 |
| 432 | DISP-691838 | $1,570 | 10/14/2024 | $592 | $977 |
| 433 | DISP-509578 | $1,570 | 10/14/2024 | $516 | $1,053 |
| 434 | DISP-509578 | $1,570 | 10/14/2024 | $413 | $1,157 |
| 435 | DISP-1148374 | $1,158 | 10/15/2024 | $394 | $763 |
| 436 | DISP-1148374 | $1,158 | 10/15/2024 | $371 | $787 |
| 437 | DISP-1148374 | $1,158 | 10/15/2024 | $326 | $832 |
| 438 | DISP-1148374 | $1,158 | 10/15/2024 | $307 | $851 |
| 439 | DISP-1148374 | $1,158 | 10/15/2024 | $307 | $851 |
| 440 | DISP-1148374 | $1,158 | 10/15/2024 | $307 | $851 |
| 441 | DISP-1148374 | $1,158 | 10/15/2024 | $287 | $871 |
| 442 | DISP-1148374 | $1,158 | 10/15/2024 | $287 | $871 |
| 443 | DISP-1148374 | $1,158 | 10/15/2024 | $287 | $871 |
| 444 | DISP-910258 | $1,570 | 10/15/2024 | $671 | $898 |
| 445 | DISP-936930 | $1,654 | 10/15/2024 | $291 | $1,363 |
| 446 | DISP-936930 | $1,654 | 10/15/2024 | $291 | $1,363 |
| 447 | DISP-684332 | $1,654 | 10/15/2024 | $291 | $1,363 |
| 448 | DISP-936930 | $1,654 | 10/15/2024 | $278 | $1,376 |
| 449 | DISP-936930 | $1,654 | 10/15/2024 | $117 | $1,537 |
| 450 | DISP-936930 | $3,309 | 10/15/2024 | $582 | $2,727 |
| 451 | DISP-936930 | $3,309 | 10/15/2024 | $582 | $2,727 |
| 452 | DISP-559790 | $3,309 | 10/15/2024 | $582 | $2,727 |
| 453 | DISP-936930 | $3,309 | 10/15/2024 | $556 | $2,752 |
| 454 | DISP-936930 | $3,309 | 10/15/2024 | $530 | $2,778 |
| 455 | DISP-936930 | $4,963 | 10/15/2024 | $873 | $4,090 |
| 456 | DISP-936930 | $4,963 | 10/15/2024 | $791 | $4,172 |
| 457 | DISP-936930 | $6,617 | 10/15/2024 | $1,164 | $5,453 |
| 458 | DISP-936930 | $6,617 | 10/15/2024 | $0 | $6,617 |

| | | | | | |
|---|---|---|---|---|---|
| 459 | DISP-686118 | $439 | 10/16/2024 | $351 | $88 |
| 460 | DISP-682101 | $564 | 10/16/2024 | $451 | $113 |
| 461 | DISP-1671836 | $1,351 | 10/16/2024 | $1,081 | $270 |
| 462 | DISP-1148838 | $1,158 | 10/16/2024 | $448 | $710 |
| 463 | DISP-1147857 | $1,158 | 10/16/2024 | $358 | $799 |
| 464 | DISP-1148838 | $1,158 | 10/16/2024 | $351 | $806 |
| 465 | DISP-1148838 | $1,158 | 10/16/2024 | $351 | $806 |
| 466 | DISP-1147857 | $1,158 | 10/16/2024 | $351 | $806 |
| 467 | DISP-1147857 | $1,158 | 10/16/2024 | $351 | $806 |
| 468 | DISP-1470310 | $1,158 | 10/16/2024 | $302 | $855 |
| 469 | DISP-681930 | $1,158 | 10/16/2024 | $287 | $871 |
| 470 | DISP-683016 | $3,309 | 10/16/2024 | $582 | $2,727 |
| 471 | DISP-747433 | $8,272 | 10/16/2024 | $1,351 | $6,920 |
| 472 | DISP-1724958 | $1,570 | 10/17/2024 | $815 | $754 |
| 473 | DISP-199433 | $1,158 | 10/17/2024 | $326 | $831 |
| 474 | DISP-199433 | $1,158 | 10/17/2024 | $88 | $1,070 |
| 475 | DISP-199433 | $1,158 | 10/17/2024 | $85 | $1,073 |
| 476 | DISP-199424 | $1,654 | 10/17/2024 | $270 | $1,384 |
| 477 | DISP-199424 | $1,654 | 10/17/2024 | $270 | $1,384 |
| 478 | DISP-199424 | $1,654 | 10/17/2024 | $270 | $1,384 |
| 479 | DISP-199424 | $3,309 | 10/17/2024 | $541 | $2,768 |
| 480 | DISP-199424 | $3,309 | 10/17/2024 | $541 | $2,768 |
| 481 | DISP-1598125 | $3,309 | 10/17/2024 | $541 | $2,768 |
| 482 | DISP-199424 | $3,309 | 10/17/2024 | $541 | $2,768 |
| 483 | DISP-199424 | $3,309 | 10/17/2024 | $541 | $2,768 |
| 484 | DISP-199424 | $3,309 | 10/17/2024 | $493 | $2,816 |
| 485 | DISP-199424 | $4,963 | 10/17/2024 | $811 | $4,152 |
| 486 | DISP-199424 | $4,963 | 10/17/2024 | $735 | $4,228 |
| 487 | DISP-199424 | $4,963 | 10/17/2024 | $591 | $4,372 |
| 488 | DISP-199424 | $6,617 | 10/17/2024 | $1,081 | $5,536 |
| 489 | DISP-199424 | $6,617 | 10/17/2024 | $1,081 | $5,536 |
| 490 | DISP-685148 | $662 | 10/18/2024 | $530 | $132 |
| 491 | DISP-683694 | $1,091 | 10/18/2024 | $873 | $218 |
| 492 | DISP-294720 | $1,158 | 10/18/2024 | $367 | $790 |
| 493 | DISP-684728 | $1,158 | 10/18/2024 | $307 | $851 |
| 494 | DISP-685140 | $1,158 | 10/18/2024 | $307 | $851 |
| 495 | DISP-294720 | $1,158 | 10/18/2024 | $285 | $873 |
| 496 | DISP-294720 | $1,158 | 10/18/2024 | $285 | $873 |
| 497 | DISP-294720 | $1,158 | 10/18/2024 | $285 | $873 |
| 498 | DISP-294720 | $1,158 | 10/18/2024 | $285 | $873 |
| 499 | DISP-481259 | $1,158 | 10/18/2024 | $55 | $1,102 |
| 500 | DISP-294720 | $1,158 | 10/18/2024 | $0 | $1,158 |

| | | | | | |
|---|---|---|---|---|---|
| 501 | DISP-1598164 | $1,654 | 10/18/2024 | $270 | $1,384 |
| 502 | DISP-437853 | $1,158 | 10/19/2024 | $66 | $1,092 |
| 503 | DISP-870366 | $1,158 | 10/20/2024 | $391 | $766 |
| 504 | DISP-870366 | $1,158 | 10/20/2024 | $351 | $806 |
| 505 | DISP-870366 | $1,158 | 10/20/2024 | $351 | $806 |
| 506 | DISP-870366 | $1,158 | 10/20/2024 | $64 | $1,094 |
| 507 | DISP-1598262 | $4,963 | 10/21/2024 | $811 | $4,152 |
| 508 | DISP-1597935 | $1,013 | 10/22/2024 | $811 | $203 |
| 509 | DISP-698142 | $1,158 | 10/22/2024 | $266 | $891 |
| 510 | DISP-1148112 | $1,570 | 10/22/2024 | $658 | $912 |
| 511 | DISP-1148112 | $1,570 | 10/22/2024 | $516 | $1,053 |
| 512 | DISP-1148112 | $1,570 | 10/22/2024 | $516 | $1,053 |
| 513 | DISP-697444 | $1,570 | 10/22/2024 | $0 | $1,570 |
| 514 | DISP-1567721 | $1,570 | 10/22/2024 | $258 | $1,311 |
| 515 | DISP-369313 | $1,654 | 10/22/2024 | $270 | $1,384 |
| 516 | DISP-1574297 | $1,654 | 10/22/2024 | $246 | $1,408 |
| 517 | DISP-1598280 | $1,654 | 10/22/2024 | $243 | $1,411 |
| 518 | DISP-1668678 | $3,309 | 10/22/2024 | $541 | $2,768 |
| 519 | DISP-774997 | $3,309 | 10/22/2024 | $352 | $2,957 |
| 520 | DISP-682841 | $6,617 | 10/22/2024 | $1,061 | $5,557 |
| 521 | DISP-1607993 | $1,339 | 10/23/2024 | $545 | $794 |
| 522 | DISP-699094 | $1,158 | 10/23/2024 | $351 | $806 |
| 523 | DISP-404069 | $1,654 | 10/23/2024 | $235 | $1,419 |
| 524 | DISP-404069 | $1,654 | 10/23/2024 | $0 | $1,654 |
| 525 | DISP-404069 | $3,309 | 10/23/2024 | $541 | $2,768 |
| 526 | DISP-695109 | $4,963 | 10/23/2024 | $873 | $4,090 |
| 527 | DISP-747771 | $383 | 10/24/2024 | $0 | $383 |
| 528 | DISP-747127 | $1,570 | 10/24/2024 | $451 | $1,118 |
| 529 | DISP-697691 | $1,570 | 10/24/2024 | $420 | $1,149 |
| 530 | DISP-747013 | $1,570 | 10/24/2024 | $419 | $1,151 |
| 531 | DISP-359225 | $1,570 | 10/24/2024 | $419 | $1,151 |
| 532 | DISP-696658 | $1,158 | 10/24/2024 | $0 | $1,158 |
| 533 | DISP-1796229 | $822 | 10/25/2024 | $658 | $164 |
| 534 | DISP-684496 | $1,158 | 10/25/2024 | $287 | $871 |
| 535 | DISP-686127 | $1,158 | 10/25/2024 | $112 | $1,045 |
| 536 | DISP-1724026 | $3,309 | 10/27/2024 | $614 | $2,695 |
| 537 | DISP-437544 | $8,272 | 10/27/2024 | $948 | $7,323 |
| 538 | DISP-1568903 | $1,158 | 10/28/2024 | $451 | $707 |
| 539 | DISP-1804842 | $1,158 | 10/28/2024 | $344 | $813 |
| 540 | DISP-1804914 | $1,158 | 10/28/2024 | $344 | $813 |
| 541 | DISP-1568903 | $1,158 | 10/28/2024 | $307 | $851 |
| 542 | DISP-1568903 | $1,158 | 10/28/2024 | $307 | $851 |

| | | | | | |
|---|---|---|---|---|---|
| 543 | DISP-394378 | $1,570 | 10/28/2024 | $611 | $959 |
| 544 | DISP-692645 | $1,570 | 10/28/2024 | $610 | $960 |
| 545 | DISP-774526 | $1,570 | 10/28/2024 | $530 | $1,040 |
| 546 | DISP-394378 | $1,570 | 10/28/2024 | $480 | $1,090 |
| 547 | DISP-394378 | $1,570 | 10/28/2024 | $126 | $1,444 |
| 548 | DISP-180371 | $1,158 | 10/29/2024 | $354 | $804 |
| 549 | DISP-1804864 | $1,158 | 10/29/2024 | $326 | $831 |
| 550 | DISP-684632 | $1,570 | 10/29/2024 | $516 | $1,053 |
| 551 | DISP-1684235 | $1,654 | 10/29/2024 | $293 | $1,361 |
| 552 | DISP-278079 | $1,654 | 10/29/2024 | $270 | $1,384 |
| 553 | DISP-437788 | $1,570 | 10/29/2024 | $131 | $1,439 |
| 554 | DISP-263609 | $1,654 | 10/29/2024 | $0 | $1,654 |
| 555 | DISP-1855614 | $3,309 | 10/29/2024 | $582 | $2,727 |
| 556 | DISP-278079 | $3,309 | 10/29/2024 | $541 | $2,768 |
| 557 | DISP-278079 | $3,309 | 10/29/2024 | $541 | $2,768 |
| 558 | DISP-1147860 | $3,309 | 10/29/2024 | $530 | $2,778 |
| 559 | DISP-424494 | $3,309 | 10/29/2024 | $8 | $3,300 |
| 560 | DISP-278079 | $3,309 | 10/29/2024 | $0 | $3,309 |
| 561 | DISP-1147860 | $4,963 | 10/29/2024 | $796 | $4,167 |
| 562 | DISP-263609 | $4,963 | 10/29/2024 | $537 | $4,426 |
| 563 | DISP-1147860 | $6,617 | 10/29/2024 | $1,061 | $5,557 |
| 564 | DISP-263609 | $6,617 | 10/29/2024 | $716 | $5,902 |
| 565 | DISP-685564 | $525 | 10/30/2024 | $420 | $105 |
| 566 | DISP-683936 | $1,570 | 10/30/2024 | $585 | $985 |
| 567 | DISP-1808620 | $1,570 | 10/30/2024 | $564 | $1,006 |
| 568 | DISP-1857194 | $1,654 | 10/30/2024 | $293 | $1,361 |
| 569 | DISP-1859157 | $3,309 | 10/30/2024 | $586 | $2,722 |
| 570 | DISP-1859628 | $3,309 | 10/30/2024 | $559 | $2,749 |
| 571 | DISP-302718 | $4,963 | 10/30/2024 | $739 | $4,224 |
| 572 | DISP-1567804 | $8,272 | 10/30/2024 | $1,118 | $7,153 |
| 573 | DISP-939236 | $9,926 | 10/30/2024 | $1,872 | $8,054 |
| 574 | DISP-936913 | $383 | 10/31/2024 | $307 | $77 |
| 575 | DISP-936913 | $383 | 10/31/2024 | $307 | $77 |
| 576 | DISP-936913 | $407 | 10/31/2024 | $326 | $81 |
| 577 | DISP-936913 | $485 | 10/31/2024 | $388 | $97 |
| 578 | DISP-936913 | $494 | 10/31/2024 | $395 | $99 |
| 579 | DISP-936913 | $608 | 10/31/2024 | $487 | $122 |
| 580 | DISP-937050 | $663 | 10/31/2024 | $530 | $133 |
| 581 | DISP-937050 | $663 | 10/31/2024 | $530 | $133 |
| 582 | DISP-936913 | $485 | 10/31/2024 | $330 | $155 |
| 583 | DISP-983007 | $1,158 | 10/31/2024 | $481 | $677 |
| 584 | DISP-983007 | $1,158 | 10/31/2024 | $415 | $743 |

| | | | | | |
|---|---|---|---|---|---|
| 585 | DISP-983007 | $1,158 | 10/31/2024 | $339 | $818 |
| 586 | DISP-1569114 | $1,158 | 10/31/2024 | $326 | $832 |
| 587 | DISP-983007 | $1,158 | 10/31/2024 | $326 | $832 |
| 588 | DISP-983007 | $1,158 | 10/31/2024 | $326 | $832 |
| 589 | DISP-691022 | $1,158 | 10/31/2024 | $307 | $851 |
| 590 | DISP-983007 | $1,158 | 10/31/2024 | $307 | $851 |
| 591 | DISP-983007 | $1,158 | 10/31/2024 | $287 | $871 |
| 592 | DISP-983007 | $1,158 | 10/31/2024 | $287 | $871 |
| 593 | DISP-683853 | $1,158 | 10/31/2024 | $272 | $886 |
| 594 | DISP-775394 | $1,158 | 10/31/2024 | $84 | $1,074 |
| 595 | DISP-983007 | $1,158 | 10/31/2024 | $0 | $1,158 |
| 596 | DISP-1568769 | $1,654 | 10/31/2024 | $307 | $1,348 |
| 597 | DISP-1148450 | $1,654 | 10/31/2024 | $278 | $1,376 |
| 598 | DISP-1079994 | $1,654 | 10/31/2024 | $0 | $1,654 |
| 599 | DISP-691296 | $3,309 | 10/31/2024 | $582 | $2,727 |
| 600 | DISP-683563 | $3,309 | 10/31/2024 | $582 | $2,727 |
| 601 | DISP-812323 | $4,963 | 10/31/2024 | $796 | $4,167 |
| 602 | DISP-812676 | $4,963 | 10/31/2024 | $0 | $4,963 |
| 603 | DISP-684568 | $1,654 | 11/1/2024 | $243 | $1,411 |
| 604 | DISP-696913 | $3,309 | 11/1/2024 | $582 | $2,727 |
| 605 | DISP-684807 | $3,309 | 11/1/2024 | $519 | $2,790 |
| 606 | DISP-1857528 | $4,963 | 11/1/2024 | $834 | $4,129 |
| 607 | DISP-423969 | $4,963 | 11/1/2024 | $811 | $4,152 |
| 608 | DISP-1857513 | $1,654 | 11/2/2024 | $1,548 | $107 |
| 609 | DISP-1634642 | $3,309 | 11/3/2024 | $775 | $2,534 |
| 610 | DISP-1859721 | $978 | 11/4/2024 | $391 | $587 |
| 611 | DISP-684088 | $646 | 11/5/2024 | $516 | $129 |
| 612 | DISP-870316 | $3,309 | 11/5/2024 | $775 | $2,534 |
| 613 | DISP-870316 | $3,309 | 11/5/2024 | $530 | $2,778 |
| 614 | DISP-870316 | $3,309 | 11/5/2024 | $365 | $2,944 |
| 615 | DISP-870316 | $6,617 | 11/5/2024 | $1,061 | $5,557 |
| 616 | DISP-693981 | $1,158 | 11/6/2024 | $287 | $871 |
| 617 | DISP-1079615 | $1,570 | 11/6/2024 | $0 | $1,570 |
| 618 | DISP-438014 | $617 | 11/7/2024 | $485 | $131 |
| 619 | DISP-937265 | $762 | 11/7/2024 | $610 | $152 |
| 620 | DISP-369287 | $1,158 | 11/7/2024 | $359 | $799 |
| 621 | DISP-369287 | $1,158 | 11/7/2024 | $313 | $845 |
| 622 | DISP-1404976 | $1,158 | 11/7/2024 | $311 | $846 |
| 623 | DISP-369287 | $1,158 | 11/7/2024 | $266 | $891 |
| 624 | DISP-302995 | $1,158 | 11/7/2024 | $138 | $1,020 |
| 625 | DISP-868984 | $1,220 | 11/7/2024 | $106 | $1,114 |
| 626 | DISP-686351 | $1,654 | 11/7/2024 | $387 | $1,267 |

| | | | | | |
|---|---|---|---|---|---|
| 627 | DISP-870428 | $1,654 | 11/7/2024 | $291 | $1,363 |
| 628 | DISP-559918 | $1,654 | 11/7/2024 | $291 | $1,363 |
| 629 | DISP-870428 | $1,654 | 11/7/2024 | $291 | $1,363 |
| 630 | DISP-870428 | $1,654 | 11/7/2024 | $291 | $1,363 |
| 631 | DISP-870428 | $1,654 | 11/7/2024 | $291 | $1,363 |
| 632 | DISP-559918 | $1,654 | 11/7/2024 | $291 | $1,363 |
| 633 | DISP-870428 | $1,654 | 11/7/2024 | $254 | $1,400 |
| 634 | DISP-559918 | $3,309 | 11/7/2024 | $524 | $2,785 |
| 635 | DISP-870428 | $3,309 | 11/7/2024 | $0 | $3,309 |
| 636 | DISP-559918 | $4,963 | 11/7/2024 | $873 | $4,090 |
| 637 | DISP-870428 | $4,963 | 11/7/2024 | $873 | $4,090 |
| 638 | DISP-870428 | $6,617 | 11/7/2024 | $1,164 | $5,453 |
| 639 | DISP-559918 | $6,617 | 11/7/2024 | $747 | $5,870 |
| 640 | DISP-559918 | $8,272 | 11/7/2024 | $1,326 | $6,946 |
| 641 | DISP-1607974 | $1,158 | 11/8/2024 | $409 | $748 |
| 642 | DISP-1607974 | $1,158 | 11/8/2024 | $370 | $787 |
| 643 | DISP-1607974 | $1,158 | 11/8/2024 | $370 | $787 |
| 644 | DISP-1607970 | $1,570 | 11/8/2024 | $570 | $1,000 |
| 645 | DISP-747012 | $1,570 | 11/8/2024 | $479 | $1,090 |
| 646 | DISP-1148819 | $1,570 | 11/8/2024 | $451 | $1,118 |
| 647 | DISP-1148819 | $1,570 | 11/8/2024 | $451 | $1,118 |
| 648 | DISP-747026 | $1,570 | 11/8/2024 | $420 | $1,149 |
| 649 | DISP-1607970 | $1,570 | 11/8/2024 | $285 | $1,285 |
| 650 | DISP-278410 | $3,309 | 11/8/2024 | $541 | $2,768 |
| 651 | DISP-1148835 | $4,963 | 11/8/2024 | $834 | $4,129 |
| 652 | DISP-278472 | $1,570 | 11/9/2024 | $480 | $1,090 |
| 653 | DISP-509383 | $1,654 | 11/9/2024 | $291 | $1,363 |
| 654 | DISP-509383 | $3,309 | 11/9/2024 | $582 | $2,727 |
| 655 | DISP-1571221 | $3,309 | 11/9/2024 | $273 | $3,036 |
| 656 | DISP-1519446 | $4,963 | 11/9/2024 | $127 | $4,836 |
| 657 | DISP-1633078 | $1,570 | 11/10/2024 | $537 | $1,033 |
| 658 | DISP-263255 | $308 | 11/11/2024 | $84 | $225 |
| 659 | DISP-1683103 | $1,570 | 11/11/2024 | $327 | $1,243 |
| 660 | DISP-1080167 | $1,158 | 11/11/2024 | $395 | $762 |
| 661 | DISP-1923980 | $1,570 | 11/11/2024 | $773 | $796 |
| 662 | DISP-747182 | $1,158 | 11/11/2024 | $351 | $806 |
| 663 | DISP-1804890 | $1,158 | 11/11/2024 | $344 | $813 |
| 664 | DISP-695719 | $1,570 | 11/11/2024 | $124 | $1,446 |
| 665 | DISP-559669 | $3,309 | 11/11/2024 | $582 | $2,727 |
| 666 | DISP-559669 | $3,309 | 11/11/2024 | $521 | $2,788 |
| 667 | DISP-1783640 | $3,309 | 11/11/2024 | $465 | $2,844 |
| 668 | DISP-559669 | $8,272 | 11/11/2024 | $1,455 | $6,817 |

16

| | | | | | |
|---|---|---|---|---|---|
| 669 | DISP-509576 | $8,272 | 11/11/2024 | $1,391 | $6,881 |
| 670 | DISP-509576 | $13,235 | 11/11/2024 | $1,970 | $11,264 |
| 671 | DISP-303187 | $308 | 11/12/2024 | $203 | $106 |
| 672 | DISP-303187 | $308 | 11/12/2024 | $188 | $120 |
| 673 | DISP-303187 | $154 | 11/12/2024 | $0 | $154 |
| 674 | DISP-303187 | $308 | 11/12/2024 | $150 | $158 |
| 675 | DISP-303187 | $308 | 11/12/2024 | $71 | $238 |
| 676 | DISP-303187 | $617 | 11/12/2024 | $312 | $304 |
| 677 | DISP-812565 | $6,617 | 11/12/2024 | $1,164 | $5,453 |
| 678 | DISP-868863 | $1,654 | 11/13/2024 | $1,158 | $497 |
| 679 | DISP-1804907 | $1,158 | 11/13/2024 | $351 | $806 |
| 680 | DISP-936465 | $1,158 | 11/13/2024 | $99 | $1,058 |
| 681 | DISP-303116 | $1,654 | 11/13/2024 | $270 | $1,384 |
| 682 | DISP-303116 | $3,309 | 11/13/2024 | $541 | $2,768 |
| 683 | DISP-303116 | $3,309 | 11/13/2024 | $432 | $2,876 |
| 684 | DISP-775627 | $3,309 | 11/13/2024 | $424 | $2,884 |
| 685 | DISP-303116 | $3,309 | 11/13/2024 | $0 | $3,309 |
| 686 | DISP-303116 | $6,617 | 11/13/2024 | $1,081 | $5,536 |
| 687 | DISP-1796564 | $338 | 11/14/2024 | $270 | $68 |
| 688 | DISP-811859 | $1,158 | 11/14/2024 | $326 | $832 |
| 689 | DISP-684519 | $1,570 | 11/14/2024 | $124 | $1,446 |
| 690 | DISP-228709 | $462 | 11/16/2024 | $65 | $398 |
| 691 | DISP-910091 | $1,158 | 11/16/2024 | $401 | $757 |
| 692 | DISP-910091 | $1,158 | 11/16/2024 | $369 | $788 |
| 693 | DISP-910091 | $1,158 | 11/16/2024 | $351 | $806 |
| 694 | DISP-910091 | $1,158 | 11/16/2024 | $351 | $806 |
| 695 | DISP-910091 | $1,158 | 11/16/2024 | $351 | $806 |
| 696 | DISP-910091 | $1,158 | 11/16/2024 | $351 | $806 |
| 697 | DISP-1945320 | $1,158 | 11/16/2024 | $307 | $851 |
| 698 | DISP-910091 | $1,158 | 11/16/2024 | $85 | $1,072 |
| 699 | DISP-1922749 | $1,158 | 11/16/2024 | $47 | $1,110 |
| 700 | DISP-910091 | $1,158 | 11/16/2024 | $64 | $1,094 |
| 701 | DISP-278168 | $1,158 | 11/18/2024 | $416 | $742 |
| 702 | DISP-278168 | $1,158 | 11/18/2024 | $416 | $742 |
| 703 | DISP-329417 | $1,158 | 11/18/2024 | $375 | $782 |
| 704 | DISP-684643 | $1,158 | 11/18/2024 | $351 | $806 |
| 705 | DISP-393796 | $1,158 | 11/18/2024 | $326 | $831 |
| 706 | DISP-278168 | $1,158 | 11/18/2024 | $90 | $1,067 |
| 707 | DISP-278168 | $1,158 | 11/18/2024 | $0 | $1,158 |
| 708 | DISP-1724327 | $1,654 | 11/18/2024 | $278 | $1,376 |
| 709 | DISP-359291 | $1,654 | 11/18/2024 | $246 | $1,408 |
| 710 | DISP-359291 | $1,654 | 11/18/2024 | $189 | $1,465 |

| | | | | | |
|---|---|---|---|---|---|
| 711 | DISP-697337 | $3,309 | 11/18/2024 | $610 | $2,699 |
| 712 | DISP-359291 | $4,963 | 11/18/2024 | $739 | $4,224 |
| 713 | DISP-359291 | $6,617 | 11/18/2024 | $716 | $5,902 |
| 714 | DISP-683682 | $822 | 11/19/2024 | $658 | $164 |
| 715 | DISP-1724485 | $1,570 | 11/19/2024 | $815 | $754 |
| 716 | DISP-1724485 | $1,570 | 11/19/2024 | $160 | $1,410 |
| 717 | DISP-1373428 | $2,392 | 11/19/2024 | $913 | $1,478 |
| 718 | DISP-1724485 | $1,570 | 11/19/2024 | $0 | $1,570 |
| 719 | DISP-684944 | $4,963 | 11/19/2024 | $873 | $4,090 |
| 720 | DISP-812203 | $1,570 | 11/20/2024 | $479 | $1,090 |
| 721 | DISP-1080214 | $1,654 | 11/20/2024 | $265 | $1,389 |
| 722 | DISP-1080214 | $1,654 | 11/20/2024 | $264 | $1,391 |
| 723 | DISP-693024 | $1,654 | 11/20/2024 | $246 | $1,408 |
| 724 | DISP-1080214 | $4,963 | 11/20/2024 | $796 | $4,167 |
| 725 | DISP-1854569 | $6,617 | 11/20/2024 | $1,081 | $5,536 |
| 726 | DISP-774611 | $1,158 | 11/21/2024 | $351 | $806 |
| 727 | DISP-509190 | $1,158 | 11/21/2024 | $0 | $1,158 |
| 728 | DISP-1860248 | $1,654 | 11/21/2024 | $293 | $1,361 |
| 729 | DISP-1598380 | $1,654 | 11/21/2024 | $270 | $1,384 |
| 730 | DISP-1290456 | $1,654 | 11/21/2024 | $134 | $1,520 |
| 731 | DISP-1290456 | $1,654 | 11/21/2024 | $134 | $1,520 |
| 732 | DISP-696122 | $1,570 | 11/22/2024 | $671 | $899 |
| 733 | DISP-1899917 | $1,570 | 11/22/2024 | $664 | $906 |
| 734 | DISP-870328 | $1,570 | 11/22/2024 | $610 | $960 |
| 735 | DISP-870328 | $1,570 | 11/22/2024 | $516 | $1,053 |
| 736 | DISP-870328 | $1,570 | 11/22/2024 | $516 | $1,053 |
| 737 | DISP-686477 | $1,570 | 11/22/2024 | $479 | $1,090 |
| 738 | DISP-694837 | $1,570 | 11/22/2024 | $451 | $1,118 |
| 739 | DISP-692668 | $1,654 | 11/22/2024 | $291 | $1,363 |
| 740 | DISP-870328 | $1,570 | 11/22/2024 | $167 | $1,403 |
| 741 | DISP-685253 | $3,309 | 11/22/2024 | $530 | $2,778 |
| 742 | DISP-1942159 | $1,654 | 11/23/2024 | $291 | $1,363 |
| 743 | DISP-1855609 | $4,963 | 11/23/2024 | $873 | $4,090 |
| 744 | DISP-1923669 | $4,963 | 11/23/2024 | $839 | $4,124 |
| 745 | DISP-1634643 | $4,963 | 11/23/2024 | $0 | $4,963 |
| 746 | DISP-1079518 | $1,654 | 11/24/2024 | $265 | $1,389 |
| 747 | DISP-1942142 | $1,654 | 11/24/2024 | $264 | $1,391 |
| 748 | DISP-1058991 | $3,309 | 11/24/2024 | $541 | $2,768 |
| 749 | DISP-1058991 | $4,963 | 11/24/2024 | $811 | $4,152 |
| 750 | DISP-1079518 | $4,963 | 11/24/2024 | $796 | $4,167 |
| 751 | DISP-1079518 | $4,963 | 11/24/2024 | $784 | $4,179 |
| 752 | DISP-1079518 | $6,617 | 11/24/2024 | $978 | $5,639 |

18

| | | | | | |
|---|---|---|---|---|---|
| 753 | DISP-509085 | $110 | 11/25/2024 | $0 | $110 |
| 754 | DISP-684486 | $663 | 11/25/2024 | $530 | $133 |
| 755 | DISP-692096 | $1,158 | 11/25/2024 | $326 | $831 |
| 756 | DISP-228965 | $1,158 | 11/25/2024 | $101 | $1,057 |
| 757 | DISP-559905 | $3,309 | 11/25/2024 | $530 | $2,778 |
| 758 | DISP-559905 | $4,963 | 11/25/2024 | $873 | $4,090 |
| 759 | DISP-559905 | $4,963 | 11/25/2024 | $796 | $4,167 |
| 760 | DISP-559905 | $8,272 | 11/25/2024 | $1,326 | $6,946 |
| 761 | DISP-1724052 | $1,158 | 11/26/2024 | $307 | $851 |
| 762 | DISP-684633 | $1,158 | 11/26/2024 | $287 | $871 |
| 763 | DISP-559737 | $1,570 | 11/26/2024 | $670 | $900 |
| 764 | DISP-1080130 | $1,570 | 11/26/2024 | $575 | $994 |
| 765 | DISP-1786252 | $1,570 | 11/26/2024 | $545 | $1,025 |
| 766 | DISP-1080130 | $1,570 | 11/26/2024 | $479 | $1,090 |
| 767 | DISP-559737 | $1,570 | 11/26/2024 | $451 | $1,118 |
| 768 | DISP-1571213 | $3,309 | 11/26/2024 | $246 | $3,062 |
| 769 | DISP-1859181 | $6,617 | 11/26/2024 | $1,173 | $5,445 |
| 770 | DISP-1858792 | $6,617 | 11/26/2024 | $1,173 | $5,445 |
| 771 | DISP-696901 | $6,617 | 11/26/2024 | $1,164 | $5,453 |
| 772 | DISP-1804868 | $1,158 | 11/27/2024 | $344 | $813 |
| 773 | DISP-1079433 | $1,158 | 11/27/2024 | $287 | $871 |
| 774 | DISP-684426 | $1,570 | 11/27/2024 | $575 | $994 |
| 775 | DISP-1080449 | $1,158 | 11/27/2024 | $0 | $1,158 |
| 776 | DISP-1571215 | $1,654 | 11/27/2024 | $360 | $1,295 |
| 777 | DISP-696520 | $1,654 | 11/27/2024 | $291 | $1,363 |
| 778 | DISP-775760 | $1,654 | 11/27/2024 | $265 | $1,389 |
| 779 | DISP-811750 | $3,309 | 11/27/2024 | $582 | $2,727 |
| 780 | DISP-691750 | $4,963 | 11/27/2024 | $550 | $4,413 |
| 781 | DISP-694032 | $1,570 | 11/28/2024 | $610 | $960 |
| 782 | DISP-1923571 | $1,158 | 11/28/2024 | $0 | $1,158 |
| 783 | DISP-1979283 | $1,158 | 11/28/2024 | $48 | $1,109 |
| 784 | DISP-1568198 | $8,272 | 11/28/2024 | $1,391 | $6,881 |
| 785 | DISP-1858850 | $1,158 | 11/30/2024 | $434 | $724 |
| 786 | DISP-1924234 | $1,158 | 11/30/2024 | $395 | $762 |
| 787 | DISP-1945324 | $1,158 | 11/30/2024 | $307 | $851 |
| 788 | DISP-811842 | $1,158 | 11/30/2024 | $85 | $1,072 |
| 789 | DISP-1899952 | $1,570 | 11/30/2024 | $445 | $1,124 |
| | **Totals:** | **$1,760,698** | | **$400,296** | **$1,360,403** |

**\*Amount Rounded
to the Nearest
Dollar**

19